No. 356. WINTER REALTY & CONSTRUCTION Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roswell Magill, Wm. Dwight Whitney* and *George G. Tyler* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Robert N. Anderson* and *Hilbert P. Zarky* for respondent.

No. 357. FLUSHINGSIDE REALTY & CONSTRUCTION Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roswell Magill* and *George G. Tyler* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Robert N. Anderson* and *Hilbert P. Zarky* for respondent.

No. 358. TWINBORO CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roswell Magill* and *George C. Tyler* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Robert N. Anderson* and *Hilbert P. Zarky* for respondent.